# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEBORAH LYNN RENENGER,<br><br>Defendant. | CR 23-40-BLG-SPW-2<br><br><br>PRELIMINARY ORDER OF FORFEITURE |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture (Doc. 108). Deborah Lynn Renenger appeared before the Court on June 2, 2023, and entered a plea of guilty to Counts 4 and 5 of the indictment. She also admitted the forfeiture allegation as part of the plea agreement filed on May 30, 2023. (Doc. 80). Renenger's guilty plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 21 U.S.C. §§ 853(a)(1) and 881(a)(11) and 18 U.S.C. § 924(d).

1

IT IS ORDERED:

THAT Deborah Lynn Renenger's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §§ 853(a)(1) and 881(a)(11).

- 2014 Maroon Toyota 4Runner VIN JTEBU5JR4E5202935
- Smith & Wesson, 9mm handgun, S/N: Obliterated
- Glock 19 Gen 5, semiautomatic handgun, serial number BFLS229
- Sports King, .22 semiautomatic handgun, serial number G15744
- $2,093.00 in United States Currency
- assorted rounds of ammunition

THAT the United States Marshals Service and the Department of Homeland Security, Immigration and Customs Enforcement are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. §§ 853(a)(1), 853(n)(1), and

881(a)(11) and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 11th day of September, 2023.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge